IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

Civil Action No: 25-cv-01890-RMR-CYC    Date: May 7, 2026
Courtroom Deputy: Stef Jeffries    FTR: Courtroom C201

| *Parties:* | *Counsel:* |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL OFFICE, | Amber Rose Gonzales |
| Plaintiff, | |
| v. | |
| VERONICA SOMMERS, | Nicholas Cullen Fernandez de Castro |
| GABRIELA KIOUPAKIS, | Cristel D. Shepherd |
| ANNETT JAMES, JUDITH LANDSMAN, DARREN O'CONNOR, MADELYN WOODLEY, JUDY HUSTON, GLENDA STRONG-ROBINSON, LAWRENCE PEVEC, | Cassandra Kay Zobel |
| JOHN DOE I, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**
**TELEPHONIC SCHEDULING CONFERENCE**

**10:09  a.m.    Court in session.**

Court calls case. Appearances of counsel. All counsel appeared by telephone.

Discussion regarding Plaintiff's Motion to Amend Pursuant to Fed. R. Civ. P. 15(a)(2) [ECF No. 68].

Counsel for Defendants James, Landsman, O'Connor, Woodley, Huston, Strong-Robinson, and Pevec makes an Oral Motion for Extension of Time to Respond to Plaintiff's Second Amended

Complaint, which is not opposed.

Discussion regarding the Proposed Scheduling Order [ECF No. 67].

Comments by the Court regarding its proposed modifications and edits to the Proposed
Scheduling Order.

The Court removes/adds the names of the attorneys who did not appear/appeared at today's
hearing from Section 1, Date of Conference and Appearances of Counsel and Pro Se Parties.

**ORDERED:**    Plaintiff's Motion to Amend Pursuant to Fed. R. Civ. P. 15(a)(2), ECF No.
68, is **GRANTED**. The Clerk of the Court is directed to accept ECF No.
68-1 for filing as the operative Second Amended complaint. The motion
hearing set for June 10, 2026 is therefore **VACATED**.

It is further **ORDERED** that the defendants' motion to dismiss, ECF No.
52, be **DENIED as moot**, given the filing of a new amended complaint.

**ORDERED:**    Defendants James, Landsman, O'Connor, Woodley, Huston, Strong-
Robinson, and Pevec's Oral Motion for Extension of Time to Respond to
Plaintiff's Second Amended Complaint is **GRANTED**.   The deadline to
respond to Plaintiff's Second Amended Complaint shall be **June 11, 2026**.

**ORDERED:**    The parties shall exchange initial disclosures on or before May 21, 2026.

The presumptive time limits of one day of seven hours on the length of
depositions shall apply.

A limit of two experts per represented group shall apply.

**ORDERED:**    Unless otherwise ordered, all motions filed under Federal Rule of
Evidence 702 and any motion to strike an expert on the basis of discovery
violations shall be filed no later than thirty (30) days after the deadline for
disclosure of rebuttal witnesses.

Pursuant to Judge Rodriguez's Standing Order Regarding Rule 56
Motions, no later than 10 days after the close of discovery, a party seeking
to file a motion for summary judgment must email Judge Rodriguez's
chambers, copying opposing counsel, to inform the Court of their intent to
file such a motion. If summary judgment motions are filed, the Parties
shall jointly contact District Judge Rodriguez's Chambers no later than
thirty (30) days after the Court has issued a ruling on any summary
judgment motions to obtain a trial date and a date for a Trial Preparation
Conference. A final pretrial conference will be set by Judge Rodriguez
after disposition of any dispositive motion.   A Trial Preparation
Conference and trial date(s) will be given to the parties at the Final Pretrial
Conference. If no party seeks to file a summary judgment motion, the
parties must jointly contact Judge Rodriguez's chambers to obtain dates
for trial and a final pretrial/trial preparation conference.

No later than ten (10) days after the close of discovery, a Party seeking to file a motion for summary judgment must email District Judge Rodriguez's Chambers, copying opposing counsel, to inform the Court of their intent to file such motion. See Section III.A of District Judge Rodriguez's Standing Order Regarding Rule 56 Motions.

The parties are directed to review the discovery dispute procedures according to Magistrate Judge Chung's Practice Standards.

The Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

The Scheduling Order is approved and entered with the modifications and edits by the Court, as stated on the record.

**10:38  a.m.    Court in recess.**

Hearing concluded.
Total time in court:    0:29

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.